Kevin Moore AG3254 A1-133
North Kern state prison
P.O. Box 5000
Delano CA 93216



CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

Office of The clerk, u.s District court
Northern District of california
280 South First street Room 2112
San Jose CA, 95113-3095

P. Cuba   7/5/23

LEGAL MAIL