United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN MOE MOORE, | Case No. 5:21-cv-01019 EJD (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. MELISSA STOLSIG, et al., | |
| Defendants. | |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment.  Judgment is entered in favor of Defendants.

The Clerk shall close the file

**IT IS SO ORDERED.**

Dated:  March 26, 2024

EDWARD J. DAVILA
United States District Judge