```
Kevin Moore AG-3258
NKSP A1-133
P.O. Box 5000
Delano, Ca 93216

        In Pro se
```

**FILED**
APR 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

KEVIN MOE MOORE,
    Plaintiff,

v.

SALINAS VALLEY STATE PRISON
MENTAL HEALTH DEPT., et al.,
    Defendants.

No. 5:21-cv-01019 EJD (PR)

PLAINTIFF'S NOTICE OF APPEAL

I hereby request that this notice of appeal be filed within the Norther District Court. This noticed is based upon the District Courts March 26, 2024, "Order".

I declare under penalty of perjury undwer the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed at Delano, Ca 93216

Date: April 22, 2024

                                              kevin Moore AG-3258

**RECEIVED**
APR 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED

APR 26 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

APR 26 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Return Address

**North Kern State Prison**
Name: Kevin Moore         CDCR#: AG3258
Facility: A    Bldg.: 1    Cell: 133
P.O. Box: 5000
Delano, CA 93216

**Inmate Indigent Mail**

SANTA CLARITA CA 913
23 APR 2024 PM 3 L

US POSTAGE PITNEY BOWES
ZIP 93215 $ 000.64
02 4W
0000355886 APR 23 2024

**STATE PRISON GENERATED MAIL**

Office of The Clerk U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose CA 95113-3095

95113-300837

4-22-24

D. Looker

**INDIGENT**

## AUTHORIZED ITEMS WITHIN INMATE MAIL

These items are allowed with inmate incoming mail and should not cause a delay in processing.

- 40 Postage Stamps (Write Inmate's Name & CDCR# on stamps in case they are lost).
- 40 Blank or Embossed envelopes.
- 40 Sheets Paper, Typing or Writing (lined), White or Yellow.
- Personal letters, Greeting cards (NO Musical cards allowed).
- 15 Photographs (NO Polaroids with backing attached)
- Books, magazines and newspapers MUST be shipped/mailed directly from vendor (NO hardcover books).

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

These items, if discovered within inmate mail will cause a delay in processing or Return to Sender:

- No padded envelopes.
- No musical greeting cards, videos, CD's and/or cassette tapes.
- **No Cash or Traveler Checks.**
- No Identification Cards, Credit Cards, Bankcards, and Phone Cards, etc.
- No Polaroid photographs, negatives, slides and photo albums. No photos depicting drugs and/or drug paraphernalia. No photographs, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts displays, or describes sexual penetration and such in a pervasive theme.
- NO gang related material, including gang signs and or affiliation.
- No items of clothing or food. No hard plastic, metal, wood items, magnets, rubber glue and/or glitter.
- No tattoo patterns or trace paper. No jewelry.
- No mail containing ur known substance, any powder, liquid, and/or solids.
- No Items which may threaten the safety and security of the Institution, or any correspondence deemed circumventing of mail procedures.
- No Solicitation of funds (Money/Currency). No Pens or Pencils allowed.
- No Lipstick, Perfume, Cologne, or scents on the contents and/or envelope.
- All incoming mail must have full return address.