| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | SEP 12 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| KEVIN MOE MOORE,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>MELISSA STOLSIG; et al.,<br><br>  Defendants - Appellees. | No. 24-2704<br><br>D.C. No.<br>5:21-cv-01019-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court has determined that appointment of pro bono counsel would benefit the court's review in this appeal. The motion for appointment of counsel (Docket Entry No. 10) is therefore granted. Upon locating suitable counsel, the court will set a new briefing schedule.